# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephen Michael Farkas <br>                 Debtor(s) <br><br> BAYVIEW LOAN SERVICING, LLC <br>                 Movant <br>    vs. <br><br> Stephen Michael Farkas <br>                 Debtor(s) <br><br> Charles J. DeHart, III Esq. <br>                 Trustee | CHAPTER 13 <br><br><br><br> NO. 19-00181 HWV |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of BAYVIEW LOAN SERVICING, LLC, which was filed with the Court on or about **July 12, 2019, docket number 27**.

                                                        Respectfully submitted,

                                          By: **/s/ James C. Warmbrodt, Esquire**
                                                  James C. Warmbrodt, Esquire
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106
                                                  412-430-3594
                                                  Attorney for Movant/Applicant

January 6, 2020