```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
In re:                                                          Case No. 19-00181-HWV
Stephen Michael Farkas                                          Chapter 13
      Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-1         User: AutoDocke           Page 1 of 1          Date Rcvd: Jul 16, 2020
                             Form ID: fnldecnd         Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2020.
```
db            +Stephen Michael Farkas,   1605 Waynesboro Pike,   Fairfield, PA 17320-9798
5150966       +AR RESOURCES,    PO BOX 1056,    BLUE BELL, PA 19422-0287
5150970       +DELMARVA COL,    PO BOX 37,    SALISBURY, MD 21803-0037
5150973       +KML LAW GROUP PC,   SUITE 5000 - BNY INDEPENDENCE CENTER,   701 MARKET STREET,
               PHILADELPHIA, PA 19106-1538
5150974      #+NATALIE A WILLIAMS, TAX COLLECTOR,   3 SKYLINE TR,   FAIRFIELD, PA 17320-8560
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5150967       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 16 2020 19:43:05
               BAYVIEW LOAN SERVICING LLC,   4425 PONCE DE LEON BLVD 5TH FLOOR,   CORAL GABLES, FL 33146-1873
5150968       +E-mail/Text: dehartstaff@pamd13trustee.com Jul 16 2020 19:43:06     CHARLES J DEHART, III, ESQ.,
               8125 ADAMS DRIVE STE A,   HUMMELSTOWN PA 17036-8625
5150969        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 16 2020 19:42:59     COMM OF PA DEPT OF REVENUE,
               BUREAU OF COMPLIANCE,   PO BOX 280946,   HARRISBURG, PA 17128-0946
5150975        E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Jul 16 2020 19:42:53
               UNEMP COMP OVERPAYMENT MATTERS,   DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
               651 BOAS STREET 10TH FLOOR,   HARRISBURG, PA 17121
5150971        E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 16 2020 19:42:56     INTERNAL REVENUE SERVICE - CIO,
               PO BOX 7346,   PHILADELPHIA, PA 19101-7346
5150976       +E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Jul 16 2020 19:42:53     UNEMPL COMP TAX MATTERS,
               HARRISBURG CASES L&I OFF CHIEF COUNSEL,   651 BOAS STREET 10TH FLOOR,
               HARRISBURG, PA 17121-0751
                                                                                            TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5176001*     +Bayview Loan Servicing, LLC,   4425 Ponce de Leon Blvd, 5th Floor,
               Coral Gables, FL 33146-1873
5150972*      IRS CENTRALIZED INSOLVENCY ORGANIZATION,   PO BOX 7346,   PHILADELPHIA, PA 19101-7346
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dorothy L Mott   on behalf of Debtor 1 Stephen Michael Farkas DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Janet M. Spears   on behalf of Creditor   Bayview Loan Servicing, LLC bkecfinbox@aldridgepite.com,
               JSpears@ecf.courtdrive.com
              Kara Katherine Gendron   on behalf of Debtor 1 Stephen Michael Farkas karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Stephen Michael Farkas, **Debtor 1** | Chapter 13 |
| | Case No. 1:19−bk−00181−HWV |

Social Security No.:
xxx−xx−3660

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Stephen Michael Farkas** in accordance with §1328 of the Bankruptcy Code.

Dated: July 16, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

**fnldec** (05/18)